UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00020-FDW-DSC

| | |
|---|---|
| UNITED STATES )<br>)<br>vs. )<br>)<br>PEDRO OSCAR DIEGUEZ and )<br>MAXIMILIANO AGUILAR-RODRIGUEZ )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the Government's motion "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" against Defendant Maximiliano Aguilar-Rodriguez filed January 24, 2013, (Doc. No. 31), and the "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" against Defendant Pedro Oscar Dieguez filed January 30, 2013, (Doc. No. 32). On January 24, 2013, these two Defendants were brought before the Honorable David S. Cayer, United States Magistrate Judge for the Western District of North Carolina, for their initial appearance. During arraignment, the Magistrate Judge ordered these Defendants be released on bond. Upon the Government's request, the Magistrate Judge also issued an oral order to stay the release of Defendant Aguilar-Rodriguez.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court will stay the Magistrate Judge's release orders for both Defendants pending a ruling by this Court on the Government's motions to revoke the release orders.

IT IS, THEREFORE, ORDERED that Magistrate Judge Cayer's Orders Setting Conditions of Release are STAYED pending resolution of the Government's motions for revocation. These Defendants shall be DETAINED until further order of this Court. The Court

does not intend to hold a hearing on the Government's two motions, and defense counsel is directed to file any written response no later than Thursday, February 7, 2013.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, the United States Attorney's Office, and defense counsel.

IT IS SO ORDERED.

Signed: January 30, 2013

Frank D. Whitney
United States District Judge